# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D22-0568
_____

JOHN PARKER,

Petitioner,

v.

CORPORATIONS OF ESCAMBIA
COUNTY STATE ATTORNEY'S
OFFICE,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


September 21, 2022


PER CURIAM.

The Court dismisses the petition for writ of mandamus.

The Court denies all pending motions as moot.

LEWIS, MAKAR, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

John Parker, pro se, Petitioner.

No appearance for Respondent.